*313
 
 Hall, Judge,
 

 delivered the opinion of the Court. — By the act of 1813, JV*ew Beu.
 
 ch.
 
 862, an appeal is given to any person who may be dissatisfied with the judgment of the County Court, on a petition filed for the purpose of having a new road laid out, and the appeal is subject to the same rules and regulations as appeals are subject to in other cases from the County to the Superior Courts.
 

 In this case, the judgment of the Superior Court was very different from that given by the County Court. The road established merely touched the line of the defendant, instead of going through his land; and to have the road laid out in this way was the object of the appeal by the defendant. And in that object he has succeeded. Therefore, I think, he ought not to he subjected to costs, but the judgment of the Superior Court ought to he reversed, and the costs paid by the petitioners.